# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUANE A. KEITH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>T. FELKER, Warden,<br><br>　　　　Respondent. | NO. CV 11-2504 JSL (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Sept. 17, 2012.

_/s/ Spencer Letts_
_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE