# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUANE A. KEITH, | NO. CV 11-2504 JSL (FMO) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| T. FELKER, Warden, | |
|     Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Sept. 17, 2012.

*/s/ Spencer Letts/*

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE